AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-166 |
| Nejourde Meacham | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| DOB: ▮▮▮ | ) Assign. Date: 7/14/2023 |
|  | ) Description: Complaint with Arrest Warrant |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

*Code Section*                                      *Offense Description*

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

▮▮▮▮▮▮▮▮▮▮
*Complainant's signature*

▮▮▮▮▮▮▮▮▮▮
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  07/14/2023

_____
*Judge's signature*

City and state:  Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*